# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00412-CV

**Dan G. Bach and DGB Technologies, Inc., Appellants**

**v.**

**Steven L. Adam, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 266,343-A, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Dan G. Bach has notified this Court that he has filed for bankruptcy under chapter 11 (docket number 04-19946, United States Bankruptcy Court, District of Arizona). *See* Tex. R. App. P. 8.1. In accordance with the automatic stay under federal law and the state rules of appellate procedure, this appeal is suspended until an event occurs that would allow the appeal to be reinstated. 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may move for reinstatement when and if appropriate. *See* Tex. R. App. P. 8.3. Failure to notify the Court of an event allowing reinstatement will result in dismissal for want of prosecution.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed:   January 27, 2005